Taylor Ray Strickland
Scurry Co. Jail inmate # 24790
Snyder, TX 79549

**FILED**
August 1, 2022

KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

5:22-CV-00201

To the 5th Circuit District Court.

Dear,
    Sir or Maam.

        I am writing this letter because I intend to bring a lawsuit against Scurry County Jail, as well as individuals contracted with the facility.

    My problem is this.

No matter how many times I send in my grievances and/or appeals to those grievances. They are making it impossible for me to exaust all of my administrative remedys, by failing to acknowlage my grievances all together or giving me the most vauge responses possible and then refusing to do anything about my appeals.

    I have even gone the distance of e-mailing the sheriff and administrators about these issues and they still refuse to abide by the TCJS's wich they quote informally.

I currently have several complaints against them wich are broaching the deadline for filing complaints on and they know this I believe.

They have even gone so far as to ~~write me bogus cases~~ in order to strip me of my phone privliges. But I am still documenting they're wrongdoings.

I have written the Texas Commission on Jail standards to no avail. They to seem to have turned a blind eye.

I'm writing this in hopes that perhaps the court may contact administration and get my appeals in motion As soon as time allows.

Also as a back up for myself so they cannot claim that I did not try to Exaust all administrative remedies.

Thank you for your time & consideration.

Taylor Ray Strickland   #24790
Scurry County Jail                  sheriff: Trey Wilson
Snyder, Texas                       Jail Admin: Loe Lay
400 37th street                     Jail Admin: Hannah Counts
Snyder, Tx 79549                    Phone # 325 573 3581



Taylor Strickland
400 37th Street
Snyder, TX 79549

LEGAL MAIL

ABILENE TX 795

RECEIVED

AUG - 1 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

U.S District Court
Northern District of Texas
1205, Texas Avenue
Lubbock TX, 79401-4091

INMATE CORRESPONDENCE
FROM SCURRY COUNTY JAIL

C-221,

LEGAL MAIL

INMATE CORRESPONDENCE
FROM SCURRY COUNTY JAIL