UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| TAYLOR STRICKLAND,<br>Institutional ID No. 24790<br><br>       Plaintiff,<br><br>v.<br><br>SCURRY COUNTY JAIL, *et al.*,<br><br>       Defendants. | No. 5:22-CV-00201-H |

## ORDER

In response to the Court's electronic order and notice of deficiency, Plaintiff filed a letter stating that, by filing his August 1, 2022 letter, he did not ask or intend to file a new civil lawsuit. (*See* Dkt. Nos. 1, 6.) Instead, he only sought to gather information to aid him in preparing a lawsuit that he intends to file in the future. (*See* Dkt. No. 6 at 1–2.) Plaintiff states that he is not prepared to proceed in this action and asks the Court to not move forward. (*Id.* at 1.)

Federal Rule of Civil Procedure 41(a) permits a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer. The Court finds that Plaintiff's letter serves as a self-executing notice of voluntary dismissal under Rule 41(a).

The Clerk is directed to close this case. Plaintiff is advised that, if he refiles his complaint, he must submit his complaint on the court-approved form for prisoner civil-rights cases, and he must pay the $402.00 filing fee or file an application to proceed *in forma pauperis* with a certified statement of his inmate trust account.

So ordered.

Dated August 11, 2022.

                   _____
                   JAMES WESLEY HENDRIX
                   United States District Judge